```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

ALMA D. JAMES,                  :
                                :
    Plaintiff,                  :
                                :
vs.                             :   CIVIL ACTION 08-0259-M
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
    Defendant.                  :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,220.87.

DONE this 4th day of May, 2009.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE